

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00479-CR

**BRIAN SPILLER,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 87th District Court
Freestone County, Texas
Trial Court No. 03-181-CR**

## MEMORANDUM OPINION

Appellant Brian Spiller filed a post-conviction "motion for discovery" in the trial court to obtain materials to assist him in pursuing post-conviction relief. The motion requested the trial court to order the release of "Incident Report, Witness Statements, Victims Statements and any Affidavits." In response, the district clerk's office provided Spiller with a copy of the indictment and judgment of conviction and explained that it did not possess the requested documents.

Spiller has filed a "motion to appeal decision not to release discovery." He complains of the trial court's refusal to rule on his motion and requests us to order the trial court to produce the requested documents.

We do not have jurisdiction of an appeal pertaining to a post-conviction motion for discovery of evidence. *See Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008) (standard for determining jurisdiction is not whether appeal is precluded by law, but whether appeal is authorized by law); *Everett v. State*, 91 S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.) (stating that court has jurisdiction over criminal appeals only when expressly granted by law). No law authorizes such an appeal. *Cf. Clegg v. State*, 214 S.W.3d 671, 671 (Tex. App.—Waco 2007, no pet.) ("No statute vests this court with jurisdiction over an appeal from an order denying a request for a free copy of the trial record when such a request is not presented in conjunction with a timely filed direct appeal."). Accordingly, this appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed January 17, 2013
Do not publish
[CR25]